# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# SEATTLE DIVISION

| | |
|---|---|
| CASSANDRA P. DAGNESE,  Plaintiff,  vs.  COMMISSIONER OF SOCIAL SECURITY,  Defendant. | Civil No. 2:20-CV-01258-RSM  ORDER |

Based on Defendant's Motion, it is hereby ORDERED that the Responsive Due Date shall be amended as follows:

Defendant shall have up to and including December 28, 2020, to file a Response to Plaintiff's Complaint, including the certified administrative record. The certified administrative record shall be filed within ten days of its availability to the Office of the General Counsel, if it can be filed earlier than the aforementioned date.

If the Commissioner is unable to file the certified administrative record by that date, the Commissioner shall file another motion for extension every 28 days until the certified administrative record becomes available.

Page 1      ORDER - [2:20-CV-01258-RSM]

DATED this 30th day of November, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

s/ Leisa A. Wolf
LEISA A. WOLF
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone:  (206) 615-3621
Fax:  (206) 615-2531
leisa.wolf@ssa.gov

Page 2        ORDER - [2:20-CV-01258-RSM]